STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
BENJAMIN PETROLIA, DEFENDANT-PETITIONER.

See same case below: 45 *N. J. Super.* 230.

*Mr. Isadore Waks* and *Mr. Ervan F. Kushner* for the petitioner.

*Mr. Charles S. Joelson* and *Mr. Archibald Kreiger* for the respondent.

September 16, 1957.   Denied.

MARY PODKOWICZ, PLAINTIFF-PETITIONER, v. JOHN
SLOWINESKI, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 44 *N. J. Super.* 149.

*Mr. Laurence Semel* for the petitioner.

September 16, 1957.   Denied.